**IT IS ORDERED as set forth below:**

Date: July 27, 2010

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-72520-reb |
| | : | |
| KIAMSHA COMMUNITY DEVELOPMENT CORPORATION, INC., | : | |
| | : | CHAPTER 11 |
| DEBTOR. | : | |

**ORDER DISMISSING CASE WITH PREJUDICE TO DEBTOR'S ABILITY TO FILE ANOTHER PETITION FOR RELIEF UNDER THE BANKRUPTCY CODE FOR 180 DAYS AND RESERVING JURISDICTION TO REVIEW FEES RECEIVED BY DEBTOR'S ATTORNEY PURSUANT 11 U.S.C. § 329 AND TO IMPOSE SANCTIONS PURSUANT TO BANKRUPTCY RULE 9011**

This case came before the Court on July 22, 2010, following notice to creditors and other parties in interest in accordance with Bankruptcy Rule 2002(a), for a hearing on Debtor's "Motion for Voluntary Dismissal" filed on May 28, 2010 [Doc. No. 18] and on the "United States Trustee's Motion for Order Dismissing Case with Prejudice to Debtor's Ability to File Another Bankruptcy Petition for 180 Days and Reserving Jurisdiction to Impose Sanctions Pursuant to Bankruptcy Rule 9011" filed on June 1, 2010 [Doc. No.19]. Appearances were entered by James H. Morawetz as

counsel for the United States Trustee and Brian Hall as counsel for Ridgestone Bank. There was no appearance by or on behalf of the Debtor.

Based on a review of the record and consideration of the comments of counsel, it is hereby ORDERED that

1. This case is dismissed for cause pursuant to 11 U.S.C. § 1112(b), provided; however, that the Court shall retain jurisdiction over the case for the limited purposes of adjudicating the United States Trustee's pending motion against Debtor's counsel, Grady A. Roberts [Doc. No.26], seeking review of his attorney fees pursuant to 11 U.S.C. § 329 and imposition of sanctions against him pursuant to Rule 9011; and

2. Pursuant to this Court's power under 11 U.S.C. § 105(a) to take such action as is necessary or appropriate to prevent an abuse of its process and its power under 11 U.S.C. § 349(a) to dismiss a bankruptcy case with prejudice to the debtor's ability to file a subsequent petition under Title 11, Debtor shall be ineligible to file another petition for relief under chapter 11 of the Bankruptcy Code for a period of 180 days from the date of entry of this Order.

**END OF DOCUMENT**

Signature of Counsel on Next Page

Prepared and presented by:

  /s/ *James H. Morawetz*
James H. Morawetz
Georgia Bar No. 521900
Trial Attorney
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303
Tel: (404) 331-4437
E-mail: jim.h.morawetz@usdoj.gov

**DISTRIBUTION LIST**

Grady A. Roberts, Esq.
191 Peachtree Street, Suite 3300
Atlanta, GA 30303

Nicholas J. Roecker, Esq.
Brian P. Hall, Esq.
Smith, Gambrell & Russell, LLP
Promenade II, Suite 3100
1230 Peachtree St., NE
Atlanta, GA 30309

James H. Morawetz, Esq.
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303